UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RODERICK S. DAVID    )
     Plaintiff,  )
        )
v.        )  **JUDGMENT**
        )
        )  No. 7:17-CV-157-FL
        )
NANCY A. BERRYHILL,  )
Commissioner of Social Security, )
     Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 23, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,121.96 ($5,101.56 in attorney's fees and $20.40 in expenses.)

**This Judgment Filed and Entered on October 23, 2018, and Copies To:**

Jonathan P. Miller   (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Leo R. Montenegro  (via CM/ECF Notice of Electronic Filing)

October 23, 2018    PETER A. MOORE, JR., CLERK
          /s/ Sandra K. Collins
         (By) Sandra K. Collins, Deputy Clerk